IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
NOV 2 5 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:16CR **148** |
| | ) | |
| TROY C. BALDRIDGE, | ) | Mail Fraud |
| | ) | (18 U.S.C. § 1341) |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Mail Fraud)

From in or around September 2011 through in around July 2016, within the Eastern District of Virginia and elsewhere, the defendant, TROY C. BALDRIDGE, for the purposes of executing the scheme and artifice and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, did knowingly cause to be placed in any authorized depository for mail matter, any matter and thing whatever to be sent and delivered by a commercial interstate carrier, specifically on or about March 6, 2013, BALDRIDGE did knowingly cause a package to be delivered via commercial interstate carrier from Pershing in Jersey City, New Jersey, to P.M.—the power of attorney for client E.C.—in Richmond, Virginia, containing a $85,000 check from E.C.'s investment account.

(All in violation of Title 18, United States Code, Section 1341.)

## Forfeiture Allegation

Pursuant to Federal Rule of Criminal Procedure 32.2, the defendant is advised that upon conviction of the offense charged in Count One of the Criminal Information, he shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation charged in Count One.

(In accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: /s/ Jessica D. Aber
Jessica D. Aber
Assistant United States Attorney